JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Timothy R. Bolin, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: Timothy.Bolin@ssa.gov
Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT BLAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 13-7064-SJO (JPR)<br><br>JUDGMENT FOR REMAND |

    IT IS ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

1
2
3
4
5  DATED: May 16, 2014
6

*[signature: Jean Rosenbluth]*

HON. JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE